# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANTONIO L. WILLIAMS**                                                                 **PETITIONER**

v.                            **CASE NO. 4:23-CV-00366-BSM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Corrections**                                                  **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 2] is adopted. Antonio Williams's habeas petition [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 30th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE