IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTONIO L. WILLIAMS**                                                                                          **PETITIONER**

v.                                    **CASE NO. 4:23-CV-00366-BSM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Corrections**                                                      **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE